JOHN LIND and Another v. THOMAS L. JONES and Another.[1]

May 22, 1908.

Nos. 15,564—(107).

**Attorney and Client.**

  In an action to recover the value of services as an attorney, it is held that the evidence is sufficient to support the verdict of the jury.

Action in the district court for Roseau county to recover $520.89 for professional services. The case was tried before Grindeland, J., and a jury which returned a verdict in favor of plaintiffs for the amount demanded. From the judgment entered pursuant to the verdict, defendants appealed. Affirmed.

  *Charles Loring, W. E. Dodge,* and *Dodge & Tautges,* for appellants. *W. M. Jerome,* for respondents.

BROWN, J.

  Action to recover for services alleged to have been rendered defendants, in which plaintiffs had a verdict upon which judgment was rendered, and defendants Jones and Lawson appealed.

  The only question presented by the assignments of error is whether the evidence presented by plaintiffs was sufficient to sustain the claim that they were employed by and rendered services for appellants. A careful reading of the record leads to the conclusion that the verdict, having been approved by the trial court, should not be disturbed.

  The services for which recovery is sought were rendered by plaintiffs, if at all, in the case of Jones v. Minnesota & M. R. Co., 97 Minn. 232, 106 N. W. 1048, in which appellants herein were plaintiffs. The firm of Sjoberg Bros. was interested in the litigation to sustain the title to property involved therein which had been conveyed by them to Jones and Lawson, and they retained the plaintiffs to assist in the trial of the action; the plaintiffs Jones and Lawson being represented by other counsel. Jones and Lawson having recovered a verdict in

[1] Reported in 116 N. W. 579.

that action, a member of plaintiffs' firm stated to Jones that their serv-
ices were no longer required and they would drop out of the case.   It
is claimed by plaintiffs that upon that statement being made to Jones
he requested and urged them to remain in the case and conduct the
litigation in the supreme court.   Acting upon this request, plaintiffs
continued to act with the other counsel, appeared and argued the ap-
peal in this court, and thereafter brought this action to recover for
the services so rendered.   Defendant Jones denied having requested
or urged plaintiffs to continue in the case, and it is insisted that their
further appearance in the litigation was solely to protect the inter-
ests of Sjoberg Bros.   While the evidence of a retainer by Jones
and Lawson is not strong, still we think it sufficient to sustain the ver-
dict.   From the conversation between plaintiffs and Jones after the
verdict was rendered, which the jury found took place as claimed,
plaintiffs were justified in the belief and understanding that appel-
lants desired their services, and, having so acted and thereafter ren-
dered services of value to them, they are entitled to compensation
therefor.

Judgment affirmed.